IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cr-5-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**RODNEY ERWIN DUERSON,**

       Defendant.

---

**ORDER**

---

Kane, J.

      Defendant Rodney Erwin Duerson shall, no later than **Friday, February 8, 2008**, provide authority and show good cause for his request to maintain his Exparte Document (Doc. 20) and the order acting on this document under seal. Defendants should also be aware that I carefully scrutinize motions to seal court documents in light of the presumptively public nature of proceedings in this court.

      IT IS SO ORDERED.

      Dated this 5th day of February, 2008.

                                        s/ John L. Kane
                                      John L. Kane, Senior District Judge
                                      United States District Court