IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No.: 08-cr-00005-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ERWIN DUERSON,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 25 day of June 2008.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____
Counsel for Plaintiff/Government

_____
Counsel for Defendant