IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00005-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ERWIN DUERSON,

    Defendant.

---

## JUDGMENT OF ACQUITTAL
---

THIS MATTER having come on regularly for trial on June 23, 2008, before the Court, Judge John L. Kane presiding, and a jury duly impaneled and sworn to try the issues herein; the trial having proceeded to conclusion and the jury having subsequently rendered its verdict finding Defendant Rodney Erwin Duerson not guilty as charged in Count One of the Indictment, it is now

ORDERED that the Defendant Rodney Erwin Duerson is acquitted of the charge against him and the Indictment is dismissed.  It is

FURTHER ORDERED that the bond is exonerated.

DATED at Denver, Colorado, this 18th day of July, 2008.

*Nunc pro tunc* to June 26, 2008,

                BY THE COURT:

                ***S/John L. Kane***
                John L. Kane, Judge